## Wally *v.* Miller, Appellant.

Appeal, No. 93, Oct. T., 1922.

Opinion by Mr. Justice Kephart, June 24, 1922:
For the reasons set forth in the foregoing opinion, the
judgment of the court below is affirmed.